UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMARA GLASS,

      Plaintiff,

v.                                                                    Case No: 8:15-cv-1358-T-36EAJ

MODEL SCREW PRODUCTS, INC. and
MICHAEL HELLE,

      Defendants.

_____/

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Elizabeth A. Jenkins on March 17, 2016 (Doc. 25).  In the Report and Recommendation, Magistrate Judge Jenkins recommends that (1) Defendants' Motion to Dismiss for Lack of Prosecution (Dkt. 22) be GRANTED; (2) Defendants' Alternative Motion to Compel Responses to Request for Production of Documents and Interrogatories (Dkt. 22) be DENIED as moot; and (3) The Clerk of Court be directed to enter final judgment in favor of Defendants.  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).    No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 25) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     Defendants' Motion to Dismiss for Lack of Prosecution, or in the Alternative, to Compel Responses to Request for Production of Documents and Interrogatories (Doc. 22) is **GRANTED in part and DENIED in part.**

(3)     Defendants' Motion to Dismiss for Lack of Prosecution is GRANTED; and Defendants' Alternative Motion to Compel Responses to Request for Production of Documents and Interrogatories is DENIED as moot.

(4)     This case is dismissed for lack of prosecution.

(5)     The Clerk of Court is directed to enter final judgment in favor of Defendants and close the case.

**DONE AND ORDERED** at Tampa, Florida on April 13, 2016.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Elizabeth A. Jenkins
Counsel of Record